IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JAMES ERIC LOFTEN, #616132** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:06cv158** |
| **DIRECTOR, TDCJ-CID** | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus challenging every prison disciplinary case the Petitioner received from 1992 to 2005 should be dismissed. The Petitioner has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Petitioner are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. All motions not previously ruled on are hereby **DENIED**.

**SIGNED this 15th day of February, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE